UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMI HINES, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 4:20-cv-00080-TLS-JPK <br> v. ) <br> ) <br> ACCULEVEL, INC., ) <br> ) <br> Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jami Hines and Defendant Acculevel, Inc., by counsel, submit their Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties respectfully stipulate to the dismissal of the above-captioned action, with prejudice, and with each party to bear their own fees and costs.

*/s Christopher E. Clark (with permission)*
Christopher E. Clark
GOODIN ABERNATHY, LLP
301 East 38th Street
Indianapolis, IN 46205
Tel: (317) 843-2606
Fax: (317) 574-3095
*cclark@goodinabernathy.com*

Attorney for Plaintiff,
Jami Hines

*/s Brian L. McDermott*
Brian L. McDermott
Megan A. Van Pelt
JACKSON LEWIS P.C.
211 North Pennsylvania Street
Suite 1700
Indianapolis, IN 46204
Tel: (317) 489-6930
Fax: (317) 489-6931
*brian.mcdermott@jacksonlewis.com*
*megan.vanpelt@jacksonlewis.com*

Attorneys for Defendant
Acculevel, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 15, 2022, a true and accurate copy of the foregoing *Joint Stipulation of Dismissal with Prejudice* was filed electronically with the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Christopher E. Clark
> GOODIN ABERNATHY LLP
> 301 East 38th Street
> Indianapolis, IN 46205
> cclark@goodinabernathy.com

> */s/ Brian L. McDermott*
> Brian L. McDermott

4855-0837-6852, v. 1